IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CURTIS L. CHAMPION, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 1:16-cv-00257-ELR-LTW |
| | ) | |
| OCWEN LOAN SERVICING, LLC, and | ) | |
| THE BANK OF NEW YORK MELLON | ) | |
| TRUST COMPANY, N.A., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Curtis L. Champion ("Plaintiff") and Defendants Ocwen Loan Servicing, LLC ("Ocwen") and The Bank of New York Mellon Trust Company, N.A. ("BONY Mellon," and together with Ocwen, "Defendants"), by and through their undersigned counsel, hereby jointly move this Court for an Order extending the time for Plaintiff to respond to Defendants' Motion to Dismiss through and including May 18, 2016.

1. Counsel for both parties have agreed to an extension of the time within which Plaintiff must respond to the Motion to Dismiss from April 20, 2016, through and including May 18, 2016.

2. This extension is necessary to facilitate potential early resolution of this matter.

3. This is the second such extension of time sought by Plaintiff.

4. A proposed order for the Court's consideration is attached hereto as **Exhibit A**.

WHEREFORE, Plaintiff and Defendants hereby respectfully request the Court enter an order, substantially in the form attached hereto, extending the time within which Defendants must answer, move, or otherwise respond to Defendants' Motion to Dismiss through and including May 18, 2016.

This 4th day of May, 2016.

PREPARED AND PRESENTED BY:                CONSENTED TO BY:

*/s/William Downs*                                          */s/ Marlee Waxelbaum*
William W. Downs, Esq.                              Marlee Waxelbaum
will@downslawllc.com                                Georgia Bar No. 155779
DOWNS LAW, LLC                                     Marlee.waxelbaum@troutmansanders.com
Suite 1010, One Midtown Plaza              Mark Windham
1360 Peachtree St., N.E.                           Georgia Bar No. 113194
Atlanta, GA 30309                                       *Mark.windham@troutmansanders.com*
*Counsel for Plaintiff*                                 TROUTMAN SANDERS LLP
                                                                      600 Peachtree Street, N.E., Suite 5200
                                                                      Atlanta, GA  30308-2216
                                                                      Tel. (404) 885-3000
                                                                      Fax (404) 885-3900 (fax)

## CERTIFICATE OF SERVICE

I certify that I have on this day filed the within and foregoing ***STIPULATION OF EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS*** using the Court's ECF system, which will provide notice as follows:

Marlee Waxelbaum
Mark J. Windham
TROUTMAN SANDERS LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, GA 30308-2216

This 4rd day of May, 2016.

/s/ William W. Downs
William W. Downs
Georgia Bar No. 454749

Downs Law, LLC
1360 Peachtree Street, NE
Suite 1010, One Midtown Plaza
Atlanta, Georgia 30309
P: (404) 842-6500
F: (470) 225-6646
will@downslawllc.com
*Attorney for Plaintiff Curtis L. Champion*