IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CURTIS L. CHAMPION

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,
and THE BANK OF NEW YORK
MELLON TRUST COMPANY, N.A.,

    Defendants.

CIVIL ACTION NO.
1:16-CV-00257-ELR-LTW

## ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

This cause, having come before the Court on the parties' Stipulation of Extension of Time For Plaintiff to Respond to Defendants' Motion to Dismiss filed by Defendants Ocwen Loan Servicing, LLC ("Ocwen") and The Bank of New York Mellon Trust Company, N.A. ("BONY Mellon," and together with Ocwen, "Defendants") (Doc. 12), and the Court having considered the Motion and being otherwise duly advised, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. (Doc.12). Plaintiff shall be permitted to respond to Defendants' Motion to Dismiss through and including May 18, 2016.

**SO ORDERED**, this 9 day of May, 2016.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)